IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRITTANY SAMUELS and LACY
GUYTON, Each Individually and on
Behalf of All Others Similarly Situated                                                   PLAINTIFFS

v.                                        Case No. 6:20-cv-6012

OTB ACQUISITION, LLC                                                                       DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Compel Arbitration of Individual Claims. ECF No. 9. Defendant moves the Court to issue an order compelling final and binding arbitration of the named Plaintiffs' individual claims and dismissing the named Plaintiffs' collective and class action claims.[1] Defendant has also filed a notice showing that the named Plaintiffs have both submitted demands for arbitration before the American Arbitration Association. ECF No. 11. The named Plaintiffs have not filed a response, and the time for response has passed. The matter is ripe for the Court's consideration.

"A court must grant a motion to compel arbitration if a valid arbitration clause exists which encompasses the dispute between the parties." *3M Co. v. Amtex Sec., Inc.*, 542 F.3d 1193, 1198 (8th Cir. 2008). Defendant has shown that valid and enforceable arbitration agreements exist between it and both named Plaintiffs. Defendant has further shown that the named Plaintiffs' individual claims in the instant lawsuit fall squarely within the terms of those agreements. In addition to mandating the arbitration of the named Plaintiffs' individual claims, the arbitration agreements explicitly waive their rights to pursue any collective or class action claims against Defendant.

---

[1] Plaintiffs have not moved the Court to certify a class or collective action.

Accordingly, the Court finds that Defendant's Motion to Compel Arbitration (ECF No. 9) should be and hereby is **GRANTED**. Plaintiffs' individual claims are referred to arbitration in accordance with the parties' agreement. This case as it relates to the individual claims is hereby **STAYED** and **ADMINSTRATIVELY TERMINATED** pursuant to 9 U.S.C. § 3, without prejudice to the right of the parties to reopen the proceedings to enforce the arbitrator's decision. Further, Plaintiffs' collective and class action claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of April, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge