IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**BRITTNEY SAMUELS and LACY**                                                              **PLAINTIFFS**
**GUYTON, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                                       No. 6:20-cv-6012-SOH

**OTB ACQUISITION, LLC**                                                                        **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Brittney Samuels and Lacy Guyton (collectively "Plaintiffs"), and Defendant OTB Acquisition, LLC, by and though their undersigned counsel, and for their Joint Stipulation of Dismissal with Prejudice, state as follows:

1.  Plaintiffs brought this action against Defendant alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq*.

2.  This action was compelled to arbitration on April 16, 2020. ECF No. 13.

3.  After arms-length negotiations in which Plaintiffs and Defendant were both represented by counsel, Plaintiffs and Defendant reached an agreement that resolves all claims in this lawsuit; Plaintiffs and Defendant believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

4.  The arbitration proceedings are concluded.

5.  The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

Page 1 of 3
Brittney Samuels, et al. v. OTB Acquisition, LLC
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6012-SOH
Joint Stipulation of Dismissal with Prejudice

6. Courts in both the Eastern and Western Districts of Arkansas have agreed that courts are not required to review a settlement under the FLSA where "(1) the lawsuit is not a collective action; (2) all individual plaintiffs were represented by an attorney from the time of the filing of the complaint through the conclusion of subsequent settlement negotiations; and (3) all parties have indicated to the Court in writing through their attorneys that they wish for their settlement agreement to remain private and that they do not wish for any reasonableness review of their settlement to occur." *Schneider v. Habitat for Humanity Int'l, Inc.*, No. 5:14-cv-5230-TLB, 2015 U.S. Dist. LEXIS 14679, at *7 (W.D. Ark. Feb. 5, 2015) (Brooks, J.); *see also* Order, *Marshall v. United Inv. Solutions, Inc.*, No. 4:18-cv-761-JM (E.D. Ark. Jan. 16, 2019), ECF No. 5 (dismissing case with prejudice without review based upon the parties' stipulation); *Willer v. Ark. Cty. Cty.-Op*, No. 4:17-cv-408-BSM, 2018 U.S. Dist. LEXIS 193793, at *1–2 (E.D. Ark. Nov. 14, 2018) (Miller, J.) (dismissing case without reasonableness review because three factors from *Schneider* were met); *Adams v. Centerfold Entm't Club, Inc.*, No. 6:17-cv-6047-SOH, 2018 U.S. Dist. LEXIS 187750, at *2–3 (W.D. Ark. Nov. 2, 2018) (Hickey, J.) (same); *Perez v. Garcia*, No. 4:16-cv-81-KGB, 2016 U.S. Dist. LEXIS 165788, at *2 (E.D. Ark. Dec. 1, 2016) (Baker, J.) (same) (citing *Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 256 (5th Cir. 2012)).

7. The Court has not certified a collective action class, nor does the parties' agreement purport to resolve any claims on behalf of any class.

8. The parties wish for their agreement to remain private and do not wish for any reasonableness review to occur.

9. The parties hereby stipulate to the dismissal of this action with prejudice.

Page 2 of 3
Brittney Samuels, et al. v. OTB Acquisition, LLC
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6012-SOH
Joint Stipulation of Dismissal with Prejudice

Respectfully submitted,

**BRITTNEY SAMUELS and LACY GUYTON, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Lydia H. Hamlet
Ark. Bar No.2011082
lydia@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **OTB ACQUISITION, LLC, DEFENDANT**

SHANKMAN LEONE P.A.
707 N. Franklin Street, 5th Floor
Tampa, Florida 33602
Telephone: (813) 223-1099
Facsimile: (813) 223-1055

Kendra D. Presswood
*(Admitted Pro Hac Vice)*
Florida Bar No.: 0935001
kpresswood@shankmanleone.com

Page 3 of 3
Brittney Samuels, et al. v. OTB Acquisition, LLC
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6012-SOH
Joint Stipulation of Dismissal with Prejudice